# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK O'TOOLE,** | : | |
| Plaintiff, | : | Civil Action No. 3:16-01663 |
| v. | : | |
| **NANCY A. BERRYHILL**[1], | : | (Judge Mannion) |
| **Acting Commissioner of Social Security** | : | |
| Defendant. | : | |

## ORDER

The decision of the Acting Commissioner of Social Security denying Plaintiff Patrick O'Toole's disability insurance benefits is **AFFIRMED** and the Plaintiff's appeal is **DENIED**; and

The Clerk of Court shall **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: April 26, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1663-01 order.wpd

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security as the defendant in this suit.